# EXHIBIT A

QH7 000054 0000220006 1

# Earnings Statement

ADP

*BEOWULF E&D (NY) INC*
*9 FEDERAL ST*
*EASTON, MD 21601-2705*

Period Beginning: 05/13/2024
Period Ending: 05/26/2024
Pay Date: 05/31/2024

**JOSHUA CHRISTMAN**
**62 CURTISDALE LANE**
**HAMLIN NY 14464**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.9000 | 64.00 | 1,977.60 | 23,804.40 |
| Overtime | 46.3500 | 11.00 | 509.85 | 3,860.03 |
| P.T.O. | 30.9000 | 16.00 | 494.40 | 1,977.60 |
| Bonus | | | | 5,306.00 |
| Holiday | | | | 1,178.00 |
| IMPUTED LIF | | | | 3.60 |
| Shift Diff | | | | 195.00 |
| | **Gross Pay** | | **$2,981.85** | 36,324.63 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -288.77 | 3,944.80 |
| | Social Security Tax | -179.06 | 2,188.16 |
| | Medicare Tax | -41.88 | 511.75 |
| | NY State Income Tax | -128.66 | 1,911.95 |
| | NY SDI Tax | -1.20 | 13.20 |
| | NY Paid Family Leave Ins | -11.12 | 135.49 |
| | **Other** | | |
| | Den Pre Tax | -5.03* | 55.33 |
| | Hsa Pre Tax | -20.00* | 220.00 |
| | Med Pre Tax | -68.04* | 748.44 |
| | Vis Pre Tax | -0.73* | 8.03 |
| | 401K | -149.09* | 1,816.24 |
| | 401K Loan 1 | -23.16 | 254.76 |
| | **Net Pay** | **$2,065.11** | |
| | CHECKING | -125.00 | |
| | CHECKING | -1,940.11 | |

**Net Check $0.00**

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $2,738.96

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 149.09 | |
| Totl Hrs Worked | 75.00 | |

**Important Notes**

COMPANY PH#:(646) 243-1873

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
NY: Single
Exemptions/Allowances:
NY: 0

© 2000 ADP, Inc.

BEOWULF E&D (NY) INC
9 FEDERAL ST
EASTON, MD 21601-2705

**Advice number:** **00000220006**
Pay date: 05/31/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **JOSHUA CHRISTMAN** | xxxxxxxxxx3193 | xxxx xxxx | $125.00 |
| | xxxxxx7793 | xxxx xxxx | $1,940.11 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**